UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:14-CR-32-2D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| JAIME LOPEZ CONTRERAS, ) | |
| ) | |
| Defendant. ) | |

For good cause shown, defendant, JAIME LOPEZ CONTRERAS', Motion to Seal Defendant's Sentencing Memorandum and Request for Variance is hereby GRANTED.

SO ORDERED, this the __9__ day of March 2015.

James C. Dever, III
Chief United States District Judge