IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:14-CR-32-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JAMIE LOPEZ CONTRERAS, | ) | |
| Defendant. | ) | |

On July 27, 2015, Jamie Lopez Contreras ("Contreras"), appearing pro se, filed a motion for a copy of his case file [D.E. 144]. On January 12, 2016, Contreras filed a second motion for release of his case file [D.E. 150]. The court construes the letters as motions to obtain the docket and pleadings without charge. To the extent his letters could be construed as motions to obtain the documents without charge, the motions are DENIED.

Counsel represented defendant in connection with his appeal. Defendant may contact his former counsel about the docket and pleadings that his former counsel received concerning his case.

SO ORDERED. This the **23** day of June 2016.

JAMES C. DEVER III
Chief United States District Judge